ROYAL WEAVING CO., Respondent, v. PRINCE, Appellant. (Supreme Court, Appellate Division, First Department, February 26, 1909.) Action by the Royal Weaving Company

against Julius Prince. H. S. Dottenheim, for appellant. A. Gruber, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.